IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-322-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGINALD LOVE BROWN | ) | |
| a/k/a "Love Brown" | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Reginald Love Brown filed a motion entitled "Motion for Witness Subpoena" and seeks to subpoena SBI Laboratory Technician Elizabeth K. Patel [D.E. 80]. Brown does not explain why he needs to subpoena Patel and the indictment does not suggest a reason for the need to subpoena Patel. The motion is DENIED without prejudice. If Brown wants to subpoena Patel, Brown needs to explain why the witness's testimony is needed.

SO ORDERED. This 19 day of April 2011.

JAMES C. DEVER III
United States District Judge