UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
_Western_ DIVISION
CASE NUMBER: 5:10-CR-322-2-D

UNITED STATES OF AMERICA

vs.                                                              ORDER

_Reginald Love Brown_

    IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to _Special Agent Lee Baldwin to return to the proper evidence custodian_ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

_Exhibits #1-19, #21, #23-#26._

This _28_ day of _April_, 2011.    Exhibit(s) received by:

_Lee Baldwin_
Print name

_[signature]_
Sign name

Date: _4/28/2011_

_[signature]_
JAMES C. DEVER III
U. S. DISTRICT JUDGE